EDWARDS ANGELL PALMER & DODGE LLP
Rory J. McEvoy (RM-1327)
Shari A. Alexander (SA-0615)
Attorneys for Defendants
Beth Israel Medical Center and
Continuum Health Partners, Inc.
750 Lexington Avenue
New York, New York 10022
212.308.4411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH DI GIOVANNA,

          Plaintiff,

   -against-

BETH ISRAEL MEDICAL CENTER, and
CONTINUUM HEALTH PARTNERS, INC.,

          Defendant.

08 Civ. _____

**RULE 7.1 STATEMENT**

[Stamps: RECEIVED MAR 14 2008 U.S.D.C. S.D.N.Y. CASHIER; JUDGE KAPLAN; 08 CV 02750]

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Beth Israel Medical Center and Continuum Health Partners, Inc., both private (non-governmental) parties, certifies that the following are corporate parents, subsidiaries, or affiliates of

those parties which are publicly held: NONE.

Date:  New York, New York
       March 14, 2008

                                 EDWARDS ANGELL PALMER & DODGE LLP

                                 Rory J. McEvoy (RM-1327)
                                 Shari A. Alexander (SA-0615)
                                 Attorneys for Defendants
                                 750 Lexington Avenue
                                 New York, New York 10022
                                 212.308.4411