UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH DI GIOVANNA,

        Plaintiff,

-against-

BETH ISRAEL MEDICAL CENTER, and
CONTINUUM HEALTH PARTNERS, INC.,

        Defendants.

08 Civ. 2750

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                                ) SS.:
COUNTY OF NEW YORK  )

        Glenn M. Huzinec, being duly sworn, deposes and says: I am over the age of 18, is not a party to this action, and on the 14th of March 2008, I am employed by the firm of Edwards Angell Palmer & Dodge, LLP.and that I caused true copies of the following documents: NOTICE OF REMOVAL, CIVIL COVER SHEET, RULE 7.1 STATEMENT, INDIVIDUAL RULES OF JUDGE KAPLAN and MAGISTRATE JUDGE FOX and the ECF RULES FOR THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK upon:

                      Louis Ginsberg, Esq.
                      The Law Firm of Louis Ginsberg, P.C.
                      1613 Northern Boulevard
                      Roslyn, New York 11576

NYC 296065.1

by depositing a true copy of said document enclosed in prepaid, sealed wrapper, properly addressed to the above-named party, in an official depository under the exclusive care and custody of the United States Postal Service, first class mail, within the State of New York

_____
Glenn M. Huzinec

Sworn to before me this
14th day of March 2008

_____
Notary Public

JOHN FRANCAVILLO
Notary Public, State of New York
No. 24-4838118
Qualified in Kings County
Certificate Filed in Kings County
Commission Expires Oct. 31, 20__

NYC 296065.1