EDWARDS ANGELL PALMER & DODGE LLP
Rory J. McEvoy (RM-1327)
Shari A. Alexander (SA-0615)
Attorneys for Defendants
Beth Israel Medical Center
and Continuum Health Partners, Inc.
750 Lexington Avenue
New York, New York 10022
212.308.4411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOSEPH DI GIOVANNA,

                Plaintiff,                08 Civ. 02750 (LAK)

    -against-                **NOTICE OF MOTION**

BETH ISRAEL MEDICAL CENTER, and
CONTINUUM HEALTH PARTNERS, INC.,

                Defendants.
-------------------------------------------------------------X

       PLEASE TAKE NOTICE that upon the annexed Declaration of Rory J. McEvoy, Esq., and the exhibits thereto, the annexed Declaration of Kathryn Meyer, Esq., the accompanying Memorandum Of Law In Support Of Defendant Continuum Health Partners, Inc.'s Motion To Dismiss, and all prior pleadings and proceedings in this action, Defendant Continuum Health Partners, Inc. will move this Court at the United States Courthouse, 500 Pearl Street, New York, New York, on a date and time to be designated by the Court, for an order pursuant to Rule 12 of the Federal Rules of Civil Procedure, dismissing, with prejudice, the Complaint of Joseph

Di Giovanna and granting such other and further relief, including costs and attorneys' fees, as this Court deems just and proper.

Dated: March 21, 2008
      New York, New York

                              EDWARDS ANGELL PALMER & DODGE LLP

                            By: _____
                               Rory J. McEvoy (RM-1327)
                               Shari A. Alexander (SA-1327)
                               Attorneys for Defendants
                               Beth Israel Medical Center
                               and Continuum Health Partners, Inc.
                               750 Lexington Avenue
                               New York, New York 10022
                               212.308.4411

To:    Louis Ginsberg, Esq.
         The Law Firm of Louis Ginsberg, P.C.
         Attorneys for Plaintiff
         1613 Northern Boulevard
         Roslyn, New York 11576

EDWARDS ANGELL PALMER & DODGE LLP
Rory J. McEvoy (RM-1327)
Shari A. Alexander (SA-0615)
Attorneys for Defendants
Beth Israel Medical Center
and Continuum Health Partners, Inc.
750 Lexington Avenue
New York, New York 10022
212.308.4411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
JOSEPH DI GIOVANNA,                   :

        Plaintiff,                   :
                                                               08 Civ. 02750 (LAK)

   -against-                         :   **AFFIDAVIT OF SERVICE**

BETH ISRAEL MEDICAL CENTER, and       :
CONTINUUM HEALTH PARTNERS, INC.,

        Defendant.                   :
------------------------------------- X

    Jean W. McLoughlin, being duly sworn, deposes and says that she is over the age of eighteen; is not a party to this action; and that on the 21st day of March 2008, she served a true copy of the foregoing MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT CONTINUUM HEALTH PARTNER, INC.'S MOTION TO DISMISS, and NOTICE OF MOTION with accompanying declarations and exhibits annexed thereto upon:

                    Louis Ginsberg, Esq.
           The Law Firm of Louis Ginsberg, P.C.
               Attorneys for Plaintiff
               1613 Northern Boulevard
                Roslyn, New York 11576

by depositing a true copy of said document enclosed in prepaid, sealed wrapper, properly addressed to the above-named party, in an official depository under the exclusive care and custody of Federal Express, via overnight delivery, within the State of New York.

                                                            Jean W. McLoughlin

Sworn to before me this
21st day of March 2008

_Shari Alexander_
Notary Public
SHARI A. ALEXANDER
NOTARY PUBLIC-STATE OF NEW YORK
No. 02AL6144342
Qualified In New York County
My Commission Expires April 24, 2010