**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------X
                                                :
**JOSEPH DI GIOVANNA,**                         :   **NOTICE OF MOTION**
                                                :
        **Plaintiff,**        :
-against-                                       :
                                                :   **Civil Action No.: 08 CV 02750**
**BETH ISRAEL MEDICAL CENTER,**                 :
**and CONTINUUM HEALTH**                        :
**PARTNERS, INC.,**                             :
                                                :
        **Defendants.**       :
                                                :
-------------------------------------------------X

      PLEASE TAKE NOTICE, that upon the annexed Declaration of Louis Ginsberg, Esq., and the exhibits thereto, and all prior pleadings and proceedings in this action, Plaintiff Joseph Di Giovanna will move this Court at the United States Courthouse, 500 Pearl Street, New York, New York, on a date and time to be designated by the Court, for an order pursuant to 28 U.S.C. 1446(b), to remand this matter back to state court on the ground that Defendants Beth Israel Medical Center, and Continuum Health Partners, Inc., failed to properly remove to federal court.

Dated:  Roslyn New York
       April 2, 2008

                                              Respectfully submitted,

                                              LAW FIRM OF
                                              LOUIS GINSBERG, P.C.

        By: _____
           Louis Ginsberg (LG 1048)
           1613 Northern Blvd.
           Roslyn, New York 11576
           (516) 625-0105
           Attorneys for Plaintiff

To: Rory J. McEvoy, Esq.
    Edwards Angell Palmer & Dodge LLP
    750 Lexington Avenue
    New York, NY 10022
    Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------X

| | |
|---|---|
| **JOSEPH DI GIOVANNA,** | DECLARATION OF <u>**LOUIS GINSBERG**</u> |
| **Plaintiff,** | |
| -against- | Civil Action No: 08 CV 02750 |
| **BETH ISRAEL MEDICAL CENTER,** and **CONTINUUM HEALTH PARTNERS, INC.,** | |
| **Defendants.** | |

----------------------------------------------------- X

Louis Ginsberg, an attorney duly admitted to practice before the United States District Court, Southern District of New York, under penalty of perjury, affirms as follows:

1. I am a lawyer with the Law Firm of Louis Ginsberg, P.C., attorneys for Plaintiff in the above entitled action and I am familiar with the facts and circumstances set forth herein.

2. I make this Declaration in support of Plaintiff's Motion to Remand.

3. Pursuant to 28 U.S.C. § 1446(b), the notice of removal of a civil action or proceeding shall be filed within thirty (30) days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within thirty (30) days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter.

4. Both Defendants were served with a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, the Summonses and Complaint, on or about January 10, 2008. Defendants were served by personal service on their managing agent, Ms. M. Ortiz (See **Exhibit A**). Pursuant to CPLR § 311, personal service upon a corporation or governmental subdivision shall be made by delivering the summons as follows: (1) upon any domestic or foreign corporation, to an officer, director, managing or general agent . . . .

5. Defendants removed this case to federal court late, on or about March 14, 2008, after the thirty (30) day period for removal had expired.

6. Defendants' failure to remove this matter to the United States District Court for the Southern District of New York in a timely manner, in accordance with 28 U.S.C. § 1446(b) is grounds for a remand of this action to the Supreme Court of the State of New York, County of New York.


Dated: Roslyn, New York
　　　　April 2, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Louis Ginsberg  (LG 1048)

**UNTIED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**JOSEPH DI GIOVANNA,**

                        **Plaintiff,**

   **-against-**

**BETH ISRAEL MEDICAL CENTER,**
**and CONTINUUM HEALTH PARTNERS, INC.**

                        **Defendants.**

**NOTICE OF MOTION**

**The Law Firm of Louis Ginsberg P.C.**
**1613 Northern Blvd.**
**Roslyn, NY 11576**
**(516) 625- 0105**

ABC PROCESS SERVICE INC.
Attorney:
LOUIS GINSBERG, P.C.

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**

JOSEPH DI GIOVANNA

(PLAINTIFF)

against

BETH ISRAEL MEDICAL CENTER, ETAL;        (DEFENDANT)

Index No __07116437__

Date Filed __/ /__
Office No __LOG010555WB__

**STATE OF NEW YORK, COUNTY OF NEW YORK** SS:

SCHADRAC LAGUERRE    being duly sworn, deposes and says

that he is over the age of 18 years, not a party to the action, and resides in the State of New York:

That on the  10  day of January  2008 at  2:50 PM , at

555 WEST 57TH ST, 18TH FLR;NY, NY 10019

he served the annexed  SUMMONS, COMPLAINT AND JURY TRIAL DEMANDED

upon CONTINUUM HEALTH PARTNERS, INC.

in this action, by delivering to and leaving with said  MS. M. ORTIZ, MANAGING AGENT

a true copy thereof.

Deponent describes person served as aforesaid to the best of deponents ability at the
time and circumstances of service as follows:

1. Sex _FEMALE_  Color _BROWN_  Hair _BLACK_ app.age _40 YRS_ app.ht _5'8"_ app.wt _150 LBS_

DEPONENT FURTHER SAYS, that he knew the Corporation so served as aforesaid to be
the Corporation mentioned and described in the said  SUMMONS, COMPLAINT AND JURY TRIAL DEMANDED.

SWORN to before me this __16__

day of __January  2008__

SCHADRAC LAGUERRE
License No.: 1021852           :bb

JAY BRODSKY
Notary Public, State of New York
No. 31-4683271
Qualified in New York County
Commission Expires Feb 2, 2011

NEW YORK
COUNTY CLERK'S OFFICE

JAN 22 2008

NOT COMPARED
WITH COPY FILE

ABC PROCESS SERVICE INC.
Attorney:
LOUIS GINSBERG, P.C.

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**

JOSEPH DI GIOVANNA                              Index No   07116437
                              (PLAINTIFF)
                against
                                                Date Filed   12/11/2007
                                                Office No  LOG010555WE
BETH ISRAEL MEDICAL CENTER, ETAL;    (DEFENDANT)

**STATE OF NEW YORK, COUNTY OF NEW YORK**                SS:

SCHADRAC LAGUERRE    being duly sworn, deposes and says

that he is over the age of 18 years, not a party to the action, and resides in the State of New York:

That on the   10   day of January   2008 at   2:50 PM , at

555 WEST 57TH ST, 18TH FLR;NY, NY 10019

he served the annexed SUMMONS, COMPLAINT AND JURY TRIAL DEMANDED

upon BETH ISRAEL MEDICAL CENTER,

in this action, by delivering to and leaving with said  MS. M. ORTIZ, MANAGING AGENT

a true copy thereof.

Deponent describes person served as aforesaid to the best of deponents ability at the
time and circumstances of service as follows:

1. Sex  FEMALE   Color  BROWN   Hair  BLACK  app.age  40 YRS  app.ht  5'8"   app.wt  150 LBS

DEPONENT FURTHER SAYS, that  he knew the Corporation so served as aforesaid to be
the Corporation mentioned and described in the said   SUMMONS, COMPLAINT AND JURY TRIAL DEMANDED.

SWORN to before me this   16

day of   January   2008

SCHADRAC LAGUERRE
License No.:   1021952                :bb

JAY BRODSKY
Notary Public, State of New York
No. 31-4633271
Qualified in New York County
Commission Expires Feb. 2, 2011

NEW YORK
COUNTY CLERK'S OFFICE

JAN 22 2008

NOT COMPARED
WITH COPY FILE