UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
JOSEPH DI GIOVANNA,                          :    NOTICE OF MOTION
:
                      **Plaintiff,**            :
-against-                                              :
:    Civil Action No.: 08 CV 02750
BETH ISRAEL MEDICAL CENTER,   :
and CONTINUUM HEALTH              :
PARTNERS, INC.,                              :
:
                      **Defendants.**           :
:
------------------------------------------------------ X

      PLEASE TAKE NOTICE, that upon the annexed Declaration of Louis Ginsberg, Esq., and the exhibits thereto, and all prior pleadings and proceedings in this action, Plaintiff Joseph Di Giovanna will move this Court at the United States Courthouse, 500 Pearl Street, New York, New York, on a date and time to be designated by the Court, for an order pursuant to 28 U.S.C. 1446(b), to remand this matter back to state court on the ground that Defendants Beth Israel Medical Center, and Continuum Health Partners, Inc., failed to properly remove to federal court.

Dated:  Roslyn New York
        April 2, 2008

                                                        Respectfully submitted,

                                                        LAW FIRM OF
                                                        LOUIS GINSBERG, P.C.

By: S/

_____
Louis Ginsberg (LG 1048)
1613 Northern Blvd.
Roslyn, New York 11576
(516) 625-0105
Attorneys for Plaintiff

To: Rory J. McEvoy, Esq.
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, NY 10022
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                    :
JOSEPH DI GIOVANNA,              :     DECLARATION OF
                                                    :     <u>LOUIS GINSBERG</u>
                                                    :
                      **Plaintiff,**          :
-against-                                      :
                                                    :     **Civil Action No: 08 CV 02750**
BETH ISRAEL MEDICAL CENTER,  :
and CONTINUUM HEALTH        :
PARTNERS, INC.,                      :
                                                    :
                      **Defendants.**       :
                                                    :
------------------------------------------------------ X

      Louis Ginsberg, an attorney duly admitted to practice before the United States District Court, Southern District of New York, under penalty of perjury, affirms as follows:

      1.      I am a lawyer with the Law Firm of Louis Ginsberg, P.C., attorneys for Plaintiff in the above entitled action and I am familiar with the facts and circumstances set forth herein.

      2.      I make this Declaration in support of Plaintiff's Motion to Remand.

      3.      Pursuant to 28 U.S.C. § 1446(b), the notice of removal of a civil action or proceeding shall be filed within thirty (30) days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within thirty (30) days after the

service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter.

4.  Both Defendants were served with a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, the Summonses and Complaint, on or about January 10, 2008. Defendants were served by personal service on their managing agent, Ms. M. Ortiz (See **Exhibit A**). Pursuant to CPLR § 311, personal service upon a corporation or governmental subdivision shall be made by delivering the summons as follows: (1) upon any domestic or foreign corporation, to an officer, director, managing or general agent . . . .

5.  Defendants removed this case to federal court late, on or about March 14, 2008, after the thirty (30) day period for removal had expired.

6.  Defendants' failure to remove this matter to the United States District Court for the Southern District of New York in a timely manner, in accordance with 28 U.S.C. § 1446(b) is grounds for a remand of this action to the Supreme Court of the State of New York, County of New York.

Dated: Roslyn, New York
       April 2, 2008

                                             S/
                                             _____
                                             Louis Ginsberg  (LG 1048)

UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH DI GIOVANNA,

                Plaintiff,

-against-

BETH ISRAEL MEDICAL CENTER,
and CONTINUUM HEALTH PARTNERS, INC.

                Defendants.

### NOTICE OF MOTION

The Law Firm of Louis Ginsberg P.C.
1613 Northern Blvd.
Roslyn, NY 11576
(516) 625- 0105

ABC PROCESS SERVICE INC.
Attorney:
LOUIS GINSBERG, P.C.

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**

JOSEPH DI GIOVANNA

(PLAINTIFF)

against

BETH ISRAEL MEDICAL CENTER, ETAL;   (DEFENDANT)

Index No __07116437__

Date Filed __/ /__
Office No __LOG010555WB__

**STATE OF NEW YORK, COUNTY OF NEW YORK**   SS:

**SCHADRAC LAGUERRE**   being duly sworn, deposes and says

that he is over the age of 18 years, not a party to the action, and resides in the State of New York:

That on the __10__ day of __January__ 2008 at __2:50 PM__, at

555 WEST 57TH ST, 18TH FLR;NY, NY 10019

he served the annexed SUMMONS, COMPLAINT AND JURY TRIAL DEMANDED

upon CONTINUUM HEALTH PARTNERS, INC.

in this action, by delivering to and leaving with said MS. M. ORTIZ, MANAGING AGENT

a true copy thereof.

Deponent describes person served as aforesaid to the best of deponents ability at the time and circumstances of service as follows:

1. Sex __FEMALE__   Color __BROWN__   Hair __BLACK__   app.age __40 YRS__   app.ht __5'8"__   app.wt __150 LBS__

DEPONENT FURTHER SAYS, that he knew the Corporation so served as aforesaid to be the Corporation mentioned and described in the said SUMMONS, COMPLAINT AND JURY TRIAL DEMANDED.

SWORN to before me this __16__

day of __January 2008__

SCHADRAC LAGUERRE
License No.: 1021852   :bb

JAY BRODSKY
Notary Public, State of New York
No. 31-4683271
Qualified in New York County
Commission Expires Feb 2, 2011

NEW YORK
COUNTY CLERK'S OFFICE

JAN 22 2008

NOT COMPARED
WITH COPY FILE

ABC PROCESS SERVICE INC.
Attorney:
LOUIS GINSBERG, P.C.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

JOSEPH DI GIOVANNA

(PLAINTIFF)

against

BETH ISRAEL MEDICAL CENTER, ETAL;     (DEFENDANT)

Index No  07116437

Date Filed  12/11/2007
Office No  LOG010555WE

STATE OF NEW YORK, COUNTY OF NEW YORK     SS:

SCHADRAC LAGUERRE     being duly sworn, deposes and says

that he is over the age of 18 years, not a party to the action, and resides in the State of New York:

That on the  10  day of  January  2008 at  2:50 PM, at

555 WEST 57TH ST, 18TH FLR;NY, NY 10019

he served the annexed  SUMMONS, COMPLAINT AND JURY TRIAL DEMANDED

upon BETH ISRAEL MEDICAL CENTER,

in this action, by delivering to and leaving with said  MS. M. ORTIZ, MANAGING AGENT

a true copy thereof.

Deponent describes person served as aforesaid to the best of deponents ability at the
time and circumstances of service as follows:

1. Sex FEMALE  Color BROWN  Hair BLACK  app.age 40 YRS  app.ht 5'8"  app.wt 150 LBS

DEPONENT FURTHER SAYS, that  he knew the Corporation so served as aforesaid to be
the Corporation mentioned and described in the said  SUMMONS, COMPLAINT AND JURY TRIAL DEMANDED.

SWORN to before me this  16

day of  January  2008

SCHADRAC LAGUERRE
License No.: 1021952                :bb

JAY BRODSKY
Notary Public, State of New York
No. 31-4683271
Qualified in New York County
Commission Expires Feb. 1, 2011

NEW YORK
COUNTY CLERK'S OFFICE

JAN 22 2008

NOT COMPARED
WITH COPY FILE