UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
JOSEPH DI GIOVANNA,  :  NOTICE OF MOTION
 :
               Plaintiff,  :
-against-  :
 :  Civil Action No.: 08 CV 02750
BETH ISRAEL MEDICAL CENTER,  :
and CONTINUUM HEALTH  :
PARTNERS, INC.,  :
 :
               Defendants.  :
 :
------------------------------------------------------- X

      PLEASE TAKE NOTICE, that upon the annexed Declaration of Louis Ginsberg, Esq., and the exhibits thereto, and all prior pleadings and proceedings in this action, Plaintiff Joseph Di Giovanna will move this Court at the United States Courthouse, 500 Pearl Street, New York, New York, on a date and time to be designated by the Court, for an order pursuant to 28 U.S.C. 1446(b), to remand this matter back to state court on the ground that Defendants Beth Israel Medical Center, and Continuum Health Partners, Inc., failed to properly remove to federal court.

Dated: Roslyn New York
       April 2, 2008

                                                    Respectfully submitted,

                                                    LAW FIRM OF
                                                    LOUIS GINSBERG, P.C.

By: S/
_____
Louis Ginsberg (LG 1048)
1613 Northern Blvd.
Roslyn, New York 11576
(516) 625-0105
Attorneys for Plaintiff

To: Rory J. McEvoy, Esq.
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, NY 10022
Attorneys for Defendants

UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH DI GIOVANNA,

                Plaintiff,

-against-

BETH ISRAEL MEDICAL CENTER,
and CONTINUUM HEALTH PARTNERS, INC.

                Defendants.

### NOTICE OF MOTION

The Law Firm of Louis Ginsberg P.C.
1613 Northern Blvd.
Roslyn, NY 11576
(516) 625- 0105