EDWARDS ANGELL PALMER & DODGE LLP
Rory J. McEvoy (RM-1327)
Shari A. Alexander (SA-0615)
Attorneys for Defendants
Beth Israel Medical Center
and Continuum Health Partners, Inc.
750 Lexington Avenue
New York, New York  10022
212.308.4411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOSEPH DI GIOVANNA,

                Plaintiff,                        08 Civ. 02750 (LAK)

      -against-                         **DECLARATION OF**
                                                  **FRANCESCA TINTI**
BETH ISRAEL MEDICAL CENTER, and
CONTINUUM HEALTH PARTNERS, INC.,

                Defendants.
-----------------------------------------------------------X

        FRANCESCA TINTI, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that the following is true and correct:

        1.    I am the Assistant Director of Human Resources for Defendant Beth Israel Medical Center ("BIMC" or the "Hospital"), St. Luke's/Roosevelt Hospital Center ("SLRHC") and Long Island College Hospital ("LICH"). I have held this position for 9 years. I make this declaration in support of BIMC's and Continuum Health Partners, Inc.'s ("Continuum") (collectively, the "Defendants") opposition to Plaintiff's motion to remand. I am fully familiar with the specific matters set forth herein.

        2.    Continuum is a holding company primarily created for the purpose of serving as the parent of several hospitals, including BIMC, SLRHC and LICH. A number of

Departments that provide services to Continuum, BIMC, SLRHC and LICH are located at 555 West 57th Street in Manhattan.

3. On the 18th floor at 555 West 57th Street the following departments are located: the Department of Public Affairs, Marketing and Development; the Department of Training and Organizational Development; the Internal Audit Department and the Legal Department. In addition, Michelle Leone, Senior Vice President for Revenue Cycle Operations has her office on the 18th floor.

4. In the Department of Public Affairs, Marketing and Development the following individuals have their offices on the 18th floor at 555 West 57th Street, Kathleen McGovern-Kearns, Senior Vice President, Patricia Balsamini, Vice President of Development, Terry Cavanaugh, Corporate Director of Marketing and Jim Mandler, Assistant Vice President of Public Affairs.

5. In the Department of Training and Organizational Development, Karen Barrowclough, Director, has her office on the 18th floor at 555 West 57th Street.

6. The Assistant Vice President of the Internal Audit Department, Caroline Malvasio, is located on the 18th floor at 555 West 57th Street.

7. The Legal Department is headed by Kathryn Meyer, Executive Vice President of Corporate Affairs and General Counsel. The Legal Department is staffed with the following attorneys: David Engel, Deputy General Counsel; Louis Schenkel, Assistant General Counsel and Corporate Compliance Officer; Jill Clayton, Vice President for Legal Affairs and Deputy General Counsel; Mary Hilgeman, Associate General Counsel; Deborah Korzenik, Associate General Counsel; and Nina Brodsky, Assistant General Counsel. All of these individuals are located on the 18th floor at 555 West 57th Street.

8. I have reviewed the HRIS system which contains the name and job titles of all employees at Continuum, BIMC, SLRHC and LICH. The HRIS system shows that, during the month of January 2008, there were only six employees at Continuum, BIMC, SLRHC or LICH with the name (or a variation of the name) Ortiz who have the first initial M. Of this group three were employed by BIMC and none were employed by Continuum. The name, employer, job title and work location of each of these employees are as follows:

> Margarita Pabon Ortiz, BIMC, Director, Professional Billing Client Services, 160 Water Street, New York, New York;
>
> Michele Ortiz Andino, BIMC, Social Worker, Petrie Division, 1st Avenue at 16th Street, New York, New York;
>
> Myrna Socoro Ortiz Rodriguez, BIMC, Environmental Service Worker, Petrie Division, 1st Ave at 16th Street, New York, New York;
>
> Mario Ortiz, SLRHC, Food & Nutrition Aide, Roosevelt Hospital, 1000 10th Avenue, New York, New York;
>
> Marlene Ortiz; SLRHC, Lab Clerk, Pathology Department, Roosevelt Hospital, 1000 10th Avenue, New York, New York; and
>
> Myra Ortiz, LICH, Patient Transporter, 339 Hicks Street, Brooklyn, New York.

None of these employees' work location was at 555 West 57th Street on the 18th Floor. Nor did any of these individuals hold the job title "Managing Agent." In fact, the job title "Managing Agent" does not exist at Continuum, BIMC, SLRHC or LICH.

9. Attached as Exhibit 1 are the screen shots from the HRIS system for each of the employees discussed in the preceding paragraph. The employee's name appears at the top of the screen shot on the left hand side. The employee's job title appears on the second line called "Position" of the box that is on the right hand, top portion of the screen shot. The Department or Division in which the employee works appears on the first line called "Organization" of the box

3

that is on the left hand, top portion of the screen shot. The Hospital at which the employee works appears on the third line called "Payroll" of the box that is on the right hand, top portion of the screen shot. I determined that Ms. Pabon Ortiz works at Water Street by telephoning her manager. The letters "PTR" stand for Petrie Division, the letters "RVT" stand for Roosevelt Hospital and the letters "LCH" stand for Long Island College Hospital.

Dated: April 18, 2008
      New York, New York

                                              FRANCESCA TINTI

# Exhibit 1



TOTAL P.18

**Assignment(ORTIZ-ANDINO, MICHELE)**

| | | | |
|---|---|---|---|
| | PTR CRP SOCIAL WORK | Group | |
| | LOCAL 1199-TECHNICAL/PROFESSIONAL | Position | SOCIAL WORK MSW-823-009045-000 |
| | PTR-6F | Payroll | PTR A BI WEEKLY |
| | CP 9045 4409 | Status | Active Assignment |
| Assignment | 127470 | Collective Agreement | |
| Assignment Category | REG FT BE | Employee Category | Non Exempt |

Salary Information | Supervisor | Probation & Notice Period | Standard Conditions | Statutory Information

Salary Basis  CHP 37 5 HOURLY

**Review Salary**       **Review Performance**
Every                   Every

From 27-JAN-2008        To                          P3

Salary    Entries                                   Others...

| Assignment(ORTIZ RODRIGUEZ, MYRNA SOCORO) | |
|---|---|
| Organization: PTR CRP ENVIR SVC | Group: |
| Job: LOCAL 1199-SERVICE | Position: HOUSEKEEPING WORKER-225-009170-055 |
| Grade: PTR-3A | Payroll: PTR A BI WEEKLY |
| Location: CP 9170 4409 | Status: Active Assignment |
| Assignment Number: 153268 | Collective Agreement: |
| REG FT BE | Employee Category: Non Exempt |

Salary Information | Supervisor | Probation & Notice Period | Standard Conditions | Statutory Information

Salary Basis: CHP 37 5 HOURLY

Review Salary   Review Performance
Every           Every

Effective Dates: 27-JAN-2008    To:    P3

[Salary]  [Entries]                                      [Others...]

**Assignment(ORTIZ, MARIO)**

| Field | Value |
|---|---|
| Organization | SLR RVT FOOD SVC FOOD PROD |
| Job | LOCAL 1199-SERVICE |
| Grade | RVT-3A |
| Location | RH 9141 1109 |
| Group | |
| Position | FOOD & NUTRITION AIDE-222-019141-000 |
| Payroll | RVT WEEKLY |
| Status | Active Assignment |
| Assignment Number | 127438 |
| Assignment Category | REG FT BE |
| Collective Agreement | |
| Employee Category | Non Exempt |

Salary Information | Supervisor | Probation & Notice Period | Standard Conditions | Statutory Information

Salary Basis: CHP 37 5 HOURLY

Review Salary  Every

Review Performance  Every

Effective Dates
From: 27-JAN-2008   To: 

[Salary]  [Entries]  [Others...]



**Assignment(ORTIZ, MAYRA A.)**

| Field | Value | Field | Value |
|---|---|---|---|
| Organization | LCH LCH TRANSPT SVC | Group | |
| Job | LOCAL 1199-SERVICE | Position | PATIENT TRANSPORTER.225.099190-004 |
| Grade | LCH-3A | Payroll | LCH B BI WEEKLY |
| | LI 9190 2009 | Status | Active Assignment |
| | 156269 | Collective Agreement | |
| | REG PT BE | Employee Category | Non Exempt |

Salary Information | Supervisor | Probation & Notice Period | Standard Conditions | Statutory Information

Salary Basis: CHP 37 5 HOURLY

Review Salary        Review Performance
Every                Every

27-JAN-2008        To:                        L6

[Salary]  [Entries]                [Others...]

EDWARDS ANGELL PALMER & DODGE LLP
Rory J. McEvoy (RM-1327)
Shari A. Alexander (SA-0615)
Attorneys for Defendants
Beth Israel Medical Center
and Continuum Health Partners, Inc.
750 Lexington Avenue
New York, New York 10022
212.308.4411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X
JOSEPH DI GIOVANNA,                  :

        Plaintiff,           :     08 Civ. 02750 (LAK)

   -against-                        :     **AFFIDAVIT OF SERVICE**

BETH ISRAEL MEDICAL CENTER, and      :
CONTINUUM HEALTH PARTNERS, INC.,

        Defendant.           :
------------------------------------ X

    Jean W. McLoughlin, being duly sworn, deposes and says that she is over the age of eighteen; is not a party to this action; and that on the 18th day of April 2008, she served a true copy of the foregoing DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND, with accompanying declarations and exhibits annexed thereto upon:

        Louis Ginsberg, Esq.
        The Law Firm of Louis Ginsberg, P.C.
        Attorneys for Plaintiff
        1613 Northern Boulevard
        Roslyn, New York 11576

by depositing a true copy of said document enclosed in prepaid, sealed wrapper, properly addressed to the above-named party, in an official depository under the exclusive care and custody of the United States Postal Service, within the State of New York.

                                                            _____
                                                            Jean W. McLoughlin

Sworn to before me this
18th day of April 2008

_Shari Alexander_
Notary Public

SHARI A. ALEXANDER
NOTARY PUBLIC-STATE OF NEW YORK
No. 02AL6144342
Qualified In New York County