# MEMO ENDORSED

| | | |
|---|---|---|
| 1613 NORTHERN BOULEVARD | 233 BROADWAY – STE. 2220 | PRACTICE LIMITED |
| ROSLYN, NEW YORK 11576 | NEW YORK, NEW YORK 10279 | TO LABOR |
| (516) 625-0105 (TEL.) | (212) 406-3630 (TEL.) | EMPLOYMENT LAW |
| (516) 625-0106 (FAX) | (212) 406-3574 (FAX) | |
| lg@louisginsberglawoffices.com (E-MAIL) | lg@louisginsberglawoffices.com (E-MAIL) | |

Please direct all communications to our Roslyn office

## LAW FIRM OF LOUIS GINSBERG, P.C.



SDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/08

April 17, 2008

**VIA REGULAR MAIL**

Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RECEIVED APR 2- 2008 JUDGE KAPLAN'S CHAMBERS

Re: **Joseph Di Giovanna v. Beth Israel Medical Center and Continuum Health Partners, Inc.**; Index No.: 07-116437,
08 CIV 2750 (LAK)

Dear Judge Kaplan:

We represent the Plaintiff, Joseph Di Giovanna in the above referenced matter. Defendant filed a motion to dismiss arguing that the Plaintiff was not formerly an employee of the Defendant Continuum Health Partners, Inc..

We respectfully request that the motion be adjourned until the Court decides Plaintiff's motion to remand to state court. This is because this Court will not need to reach Defendant's motion to dismiss in the event it decides to remand to state court.

Respectfully submitted,

Louis Ginsberg, Esq.
For The Law Firm of
Louis Ginsberg, P.C.

cc: Rory McAvoy, Esq.
Edwards, Angell, Palmer & Dodge, LLP
750 Lexington Avenue
New York, New York 10022

Denied. The motion to dismiss was denied almost a month ago.

SO ORDERED

LEWIS A. KAPLAN, USDJ 4/23/08