UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JOSEPH DI GIOVANNA,

                                    Plaintiff,

                    -against-                                    08 Civ. 2750 (LAK)

BETH ISRAEL MEDICAL CENTER, et al.,

                                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/08

## ORDER

LEWIS A. KAPLAN, *District Judge.*

     Plaintiff's motion to remand to state court on the ground that the action was not timely removed is denied. Plaintiff has failed to raise a colorable claim that whomever allegedly was served   if anyone actually was served   was an officer, director or managing agent of any of the defendants.

     SO ORDERED.

Dated:        May 23, 2008

 

Lewis A. Kaplan
United States District Judge